| | |
|---|---|
| 1 | MICHAEL I. SPIEGEL - CBN 32651 |
|   | CHARLES M. KAGAY - CBN 73377           **e-filed 6/13/05** |
| 2 | SPIEGEL LIAO & KAGAY, LLP |
|   | BARTHOLOMEW LEE, of Counsel CBN 57592 |
| 3 | 388 Market Street, Suite 900 |
|   | San Francisco, California  94111 |
| 4 | Telephone:  (415) 956-5959 |
|   | Facsimile:   (415) 362-1431 |
| 5 | Counsel For Plaintiff: Nizar A. Yaqub, MD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

In the San Jose Division

| | |
|---|---|
| **NIZAR A. YAQUB, M.D.,** | No: C02-02703 JF |
|                    Plaintiff, | |
| vs. | Hon. Jeremy Fogel,  U.S.D.J. |
|  | Hon. Richard Seeborg, U.S.M.J. |
| **SALINAS VALLEY MEMORIAL HEALTHCARE SYSTEM, d/b/a SALINAS VALLEY MEMORIAL HOSPITAL**, | **ORDER GRANTING PLAINTIFF'S MOTION TO EXPAND THE MARCH 3, 2003 STIPULATED PROTECTIVE ORDER TO PERMIT USE OF EVIDENCE COVERED BY THE ORDER IN THE RENEWED ADMINISTRATIVE PROCEEDING** |
|                    Defendants. | |
| | (Pursuant to Court Order, Docket No. 474) |
| | Date: June 10, 2005 |
| | Time: 9:00 a.m. |
| | Ctrm: 3, The Hon. Jeremy Fogel |

---

[Amended Proposed] Order Granting
Motion to Expand March 3, 2003 Protective Order                                No. C02-02703 JF(RS)

1    UPON DUE CONSIDERATION,

2    IT IS HEREBY ORDERED,

3    The Court GRANTS Plaintiff's motion to expand the March 3, 2003 Stipulated

4  Protective Order to permit evidentiary use of protected materials during the renewed

5  Peer Review Proceeding, within its confidentiality.

6    The March 3, 2003 Stipulated Protective Order ("SPO") is hereby amended as

7  follows:  The provision of the SPO limiting use to this action is hereby amended to

8  include the renewed Peer Review Proceeding, in which Dr. Yaqub and the Hospital,

9  including the Hospital's MEC, may each offer in evidence Designated Records which

10 are subject to the SPO.

12 DATE: June 10, 2005          _(s/electronic signature authorized) Hon. Jeremy Fogel___
                                     UNITED STATES DISTRICT JUDGE

S:\590 Yaqub Admin\Protective Order Evidence\Motion to Expand Protective Order\Amended PROP ORDER
Granting Motion to Expand Prot Order.wpd

---

[Amended Proposed] Order Granting
Motion to Expand March 3, 2003 Protective Order                                No. C02-02703 JF(RS)