1
2   **E-filed 7/20/05**
3
4
5
6
7
8
9       In The UNITED STATES DISTRICT COURT
        For The NORTHERN DISTRICT OF CALIFORNIA,
            In The San Jose Division
10

11  | NIZAR A. YAQUB, M.D., | No: C02-02703 JF |
    | Plaintiff, | |
12  | vs. | Hon. Jeremy Fogel, U.S.D.J. |
    | SALINAS VALLEY | |
13  | MEMORIAL HEALTHCARE | STIPULATION AND ORDER OF |
    | SYSTEM, d/b/a SALINAS VALLEY | DISMISSAL |
14  | MEMORIAL HOSPITAL, | |
    | Defendant. | (FRCP 41) |
15

16

17      IT IS HEREBY STIPULATED by and between the parties to this action

18  through their designated counsel that the above-captioned action be and hereby is

19  //

20  //

21  //

22  //

23
                                    1
24  _____

    STIPULATION AND ORDER DISMISSING NO. C02-02703 JF

    SPIEGEL LIAO & KAGAY, LLP 388 MARKET STREET, SUITE 900, SAN FRANCISCO, CALIFORNIA 94111 (415) 956-5959

1 | dismissed with prejudice pursuant to FRCP 41(a)(1).

2 | Respectfully submitted July 14, 2005:

3 | MICHAEL I. SPIEGEL
CHARLES M. KAGAY
4 | SPIEGEL LIAO & KAGAY, LLP

6 | /s/
------------------------
7 | by Bartholomew Lee, of Counsel
Attorneys for Plaintiff Dr. Nizar A. Yaqub

9 | HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

11 | /s/
------------------------
12 |
by Michael Duncheon
13 | Attorneys for Defendant Salinas Valley
Memorial Healthcare System

15 | PURSUANT TO STIPULATION, IT IS SO ORDERED

16 | Dated: July __20__, 2005

18 |
Jeremy Fogel /s/electronic signature authorized
19 | _____
UNITED STATES DISTRICT JUDGE

S:\590 Yaqub Admin\Implementation of Settlement Agr\Stipulation and Order of Dismissal.wpd ##

2