**E-filed 11/2/05**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NIZAR A. YAQUB, M.D., | Case Number C 02-2703 JF (RS) |
| Plaintiff, | ORDER RE LETTER REQUEST OF SEPTEMBER 16, 2005 |
| v. | |
| SALINAS VALLEY MEMORIAL HEALTHCARE SYSTEM, d/b/a/ SALINAS VALLEY MEMORIAL HOSPITAL, | |
| Defendant. | |

On September 16, 2005, defense counsel Stephen Peck submitted a letter request to the Court, asking that documents filed under seal in this action be returned to the parties. The letter expresses concern that after the sealed records are transferred to the Federal Records Center for

1

Case No. C 02-2703 JF (RS)
ORDER RE LETTER REQUEST OF SEPTEMBER 16, 2005
(JFLC2)

1 storage, the documents might be accessed by others without knowledge of the parties. The Court
2 cannot return the documents to the parties, because the documents are part of the official court
3 record. However, the documents will remain under seal unless and until they are unsealed by the
4
5 Court. If the parties have any specific concerns regarding unauthorized access by any particular
6 person, the parties are encouraged to raise such concerns with the Court. The request otherwise
7 is DENIED.
8        IT IS SO ORDERED.
9
10 DATED: November 2, 2005
11
12                                             /s/ electronic signature authorized
                                               _____
13                                             JEREMY FOGEL
                                               United States District Judge

2
Case No. C 02-2703 JF (RS)
ORDER RE LETTER REQUEST OF SEPTEMBER 16, 2005
(JFLC2)

1  This Order was served on the following persons:

4  James Clayton Culotta invalidaddress@myrealbox.com

5  Michael A. Duncheon mduncheon@hansonbridgett.com,
6  lgregory@hansonbridgett.com;CalendarClerk@hansonbridgett.com

7  Jacquelyn J. Garman jgarman@hansonbridgett.com, mless@hansonbridgett.com

8  Charles M. Kagay cmk@slksf.com

9  Bartholomew Lee blee@slksf.com

10 Stephen B. Peck , Esq speck@hansonbridgett.com,
11 ypete@hansonbridgett.com;CalendarClerk@hansonbridgett.com

12 Michael I. Spiegel mis@slksf.com

13 Kelly A. Sutherland ksutherland@acslaw.com, sm@acslaw.com